UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61469-Civ-SCOLA

VILLAS AT MEADOW
LAKES CONDOMINIUM,

    Plaintiff,

vs.

UNITED STATES LIABILITY
INSURANCE COMPANY,

    Defendant.

_____/

**ORDER CONSTRUING PLAINTIFF'S OBJECTION TO PETITION OF REMOVAL AS MOTION TO REMAND AND REQUIRING RESPONSE FROM DEFENDANT**

    THIS MATTER is before the Court upon independent review of the record, following the filing of [ECF No. 6] Plaintiff's Objection to Defendant's Petition for Removal. The Court construes this filing as a Motion to Remand and hereby directs the Defendant to file a response by **August 10, 2012**.

    Plaintiff, albeit somewhat inartfully, appears to argue that this Court lacks subject matter jurisdiction over the instant controversy because this is a direct action by an insured against an insurer. The diversity statute states that, in such actions, the defendant insurer is deemed a citizen of every state of which the plaintiff insured is a citizen. 28 U.S.C. § 1332(c). If that is true, then both Plaintiff and Defendant are deemed citizens of Florida, and diversity is defeated. Defendant shall address this contention in its response to Plaintiff's filing.

    **DONE and ORDERED** in chambers, at Miami, Florida on August 1, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

*Copies to:*
U.S. Magistrate Judge
Counsel of record